# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1600

_____

Jo Ann Hoffmann,                              *
                                              *
                    Appellant,                *
                                              *
        v.                                    *   Appeal from the United States
                                              *   District Court for the
Michael Leavitt,[1] Secretary of             *   Western District of Arkansas.
Health and Human Services,                    *
                                              *        [UNPUBLISHED]
                    Appellee.                 *

_____

Submitted: July 5, 2006
Filed: July 10, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

_____

[1]Michael Leavitt has been appointed to serve as Secretary of Health and Human Services, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Jo Ann Hoffmann appeals the district court's[2] judgment upholding the final decision of the Secretary of Health and Human Services denying certain claims for benefits under Part B of the Medicare program. Following careful review, we agree with the district court that the Secretary's decision is supported by substantial evidence. <u>See</u> 42 U.S.C. § 405(g); 42 U.S.C. § 1395ff(b)(1)(A). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. Hoffmann's pending motions are denied.

_____

[2]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.